IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAINTEQ, LLC,

    Plaintiff,

vs.

CASE NO. 8:20-cv-02805-VMC-AAS

OMNIA MEDICAL, LLC,

    Defendant.

_____/

## DEFENDANT'S MOTION FOR LEAVE TO TAKE DEPOSITION OF DR. DAWOOD SAYED

Defendant/Counter-Plaintiff, Omnia Medical, LLC ("Omnia"), through its counsel and pursuant to Fed. R. Civ. P. 6(b), moves for leave to take a deposition of Dr. Dawood Sayed ("Dr. Sayed"). In support, Omnia states as follows:

1. On February 23, 2024, Omnia served its Notice of Issuance of Subpoenas for Deposition to Dr. Sayed and others.

2. Notably, Painteq LLC, did not object to Omnia's Notice of Issuance of Subpoenas for Deposition to Dr. Sayed.

3. Dr. Sayed's deposition was originally scheduled for March 14, 2024, at 1:30pm. See **Exhibit "A"**.

4. Omnia's process server diligently attempted to serve Dr. Sayed on several occasions.

5. On March 12, 2024, Omnia cancelled Dr. Sayed's deposition due to lack of service. At the time the deposition was canceled, Omnia intended to reschedule Dr. Sayed's deposition within the discovery period. However, on March 15, 2024, Omnia learned that Dr. Sayed was out of the country until March 23, 2024, after the discovery deadline of March 22, 2024.

6. After returning the country, Dr. Sayed stated he was available for his deposition on March 26, 2024. See **Exhibit "B".**

7. Omnia promptly noticed Dr. Sayed's rescheduled deposition and promptly notified Painteq LLC of the same. Nonetheless, Painteq LLC objected to Dr. Sayed's rescheduled deposition, despite never objecting to the original subpoena issued on February 23, 2024. (Doc. 153).

8. Despite voluntarily rescheduling his deposition to March 26, 2024, as his earliest availability, Dr. Sayed emailed Omnia thirty minutes before his scheduled deposition stating he would not appear. See **Exhibit "C".** Ultimately, he failed to appear at the deposition. See **Exhibit "D".**

9. Given the extenuating circumstances of Dr. Sayed being out of the country through the expiration of the discovery deadline in this case, Omnia requests leave of Court to depose Dr. Sayed for an anticipated 2-3 hours.

10. The Court may, in its discretion, enlarge a period of time to permit a deposition after the time has expired for good cause and/or due to excusable neglect. Rule 6(b), Fed.R.Civ.P.

11. Had Painteq LLC originally objected to Omnia's Subpoena for Deposition in February, Omnia would have filed its Motion earlier. Painteq LLC's first and only objection to taking Dr. Sayed's deposition was only recently filed on March 26, 2024.

12. No party will be prejudiced by the rescheduling Dr. Sayed's deposition to the earliest available date convenient for all parties.

13. Dr. Sayed's deposition will not affect expert deadlines nor any other deadlines in this case.

14. Dr. Sayed's testimony is material to Omnia's claims and defenses in this action. His unique testimony will provide material facts which will assist this Court in deciding this case on its merits.

15. Given that Dr. Sayed resides in Kansas, he may not be available for trial pursuant to Rule 45(c)(1), Fed.R.Civ.P. As such, it is crucial for Omnia to obtain his deposition testimony now.

16. This motion is made in good faith and not for the purposes of delay.

17. The extension requested will not prejudice any party or cause a significant delay in the prosecution of this action.

WHEREFORE, Omnia respectfully requests that the Court enter an order permitting Omnia leave to depose Dr. Sayed.

**Local Rule 3.01(g) Certification**

In compliance with Local Rule 3.01(g), Omnia hereby certifies that it has conferred with PainTEQ on the merits of this Motion and PainTEQ opposes the relief requested.

Respectfully submitted,

/s/ *Matthew G. Davis*
Matthew G. Davis, Esq.
Florida Bar No. 58464
mdavis@pdtlegal.com
jdorta@pdtlegal.com
A. Alston Merritt, Esq.
Florida Bar No. 1010102
amerritt@pdtlegal.com
ltranski@pdtlegal.com
Jessica S. Mazariego, Esq.
Florida Bar No. 1003893
jmazariego@pdtlegal.com
macaldo@pdtlegal.com
PASKERT DIVERS THOMPSON
100 N. Tampa St., Ste. 3700
Tampa, FL  33602
Telephone - (813) 229-3500
*Counsel for Omnia Medical, LLC*