IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAINTEQ, LLC,

    Plaintiff,  CASE NO. 8:20-cv-02805-VMC-AAS

vs.

OMNIA MEDICAL, LLC,

    Defendant.
_____/

## MOTION TO WITHDRAW

Jaci L. Overmann to withdraw as counsel of record for Defendant, Omnia Medical, LLC, pursuant to. M.D. Fla. L.R. 2.02(c)(1)(B). Ms. Overmann's services are no longer necessary to represent Defendant in this matter. Matthew G. Davis of Mills, Paskert, and Divers, continues to represent Omnia Medical LLC.

### Local Rule 2.02(c)(1)(B)(i) Certification

I hereby certify that the client consents to this withdrawal.

### Local Rule 3.01(g) Certification

Pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that Defendant's counsel has conferred with counsel for Plaintiff regarding the relief sought herein via telephone on April 4, 2024, who advised that Plaintiff does not oppose the requested relief herein.

Dated: <u>April 4, 2024</u>                                    Respectfully submitted,

                                                   */s/ Jaci L. Overmann*
                                                   Jaci L. Overmann
                                                   Ohio Bar No. 0089306*
                                                   DINSMORE & SHOHL LLP
                                                   255 E. Fifth Street, Suite 1900
                                                   Cincinnati, Ohio  45202
                                                   Telephone: (513) 977-8204
                                                   Facsimile: (513) 977-8141
                                                   Jaci.overmann@dinsmore.com
                                                       *Admitted in this case Pro Hac Vice

                                                 *Attorney for Omnia Medical, LLC*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 4, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                                          */s/ Jaci L. Overmann*
                                                                           Jaci L. Overmann